# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

Newport News  Division

In re:                                               Case No. 14-51067-SCS
SYNTHIA GIBSON-LEE,                   Chapter 13

        Debtor.

## ORDER DENYING MOTION TO ALLOW LATE FILING OF CLAIM

THIS MATTER CAME to be heard upon the Motion (docket entry, #51, the "**Motion**") to Allow Late Filing of Claim filed on behalf of Federal National Mortgage Association ("**FNMA**") on December 13, 2017; upon the response filed by the R. Clinton Stackhouse, Jr., (the "**Trustee**") and upon the hearing convened before this Court on February 16, 2018.

On August 6, 2014, the Debtor filed her original plan (the "**Plan**"), which was confirmed by the Court on November 10, 2014.

On July 6, 2017, the Debtor filed an amended plan (the "**Amended Plan**"), which was not confirmed by the Court due to an objection filed by the Trustee.

On August 10, 2017, the Debtor filed a second amended plan (the "**Second Amended Plan**"), which was not confirmed by the Court.

R. Clinton Stackhouse, Jr., VSB# 19358
Chapter 13 Trustee
7021 Harbour View Blvd., Suite 101
Suffolk, VA 23435
(757) 333-4000 Telephone
(757) 333-3434 Facsimile

On August 11, 2017, the Debtor filed a third amended plan (the "**Third Amended Plan**"), which was not confirmed by the Court due to an objection filed by the Trustee.

On September 21, 2017, the Debtor filed a fourth amended plan (the "**Fourth Amended Plan**"), which was confirmed by the Court on November 16, 2017.

On December 13, 2017, FNMA filed the Motion seeking approval to file a late proof of claim in the amount of $0.00. The Fourth Amended Plan provides for the payment of the debt owed to FNMA in the amount of $0.00 for pre-petition mortgage arrearages secured by the Debtor's real property located at 106 Spinnaker Way, Williamsburg, VA 23185; however, no proof of claim was ever filed.

The Trustee filed a response to the Motion stating that upon information and belief, FNMA is requesting the allowance of the late claim in the amount of $0.00 as a placeholder rather than identifying any actual claim amount owed by the Debtor.

At the hearing held on February 16, 2018, the Court denied FNMA's Motion.

Based upon the above; it is hereby

**ORDERED** that the Motion to Allow Late filing of Claim is **DENIED**.

It is **FURTHER ORDERED** that upon entry of this Order, the Clerk shall forward copies to those parties named on the attached copy list.

Entered at Newport News this  Mar 2 2018                        day of

, 2018.                                            /s/ Stephen C. St.John
                                         _____
                                                         JUDGE

Notice of entry of Order or Judgment  Mar 2 2018

I ASK FOR THIS:

*/s/ R. Clinton Stackhouse, Jr.*
_____
R. Clinton Stackhouse, Jr.
Chapter 13 Trustee

## **LOCAL RULE 9022-1 CERTIFICATE**

     I hereby certify that in accordance with Local Rule 9022-1, this Order has been endorsed by all required parties.

                                                  */s/ R. Clinton Stackhouse, Jr.*
                                                  _____

_

Copy List:

Synthia Gibson-Lee
PO Box 1823
Williamsburg, VA 23187-1823

Angela M. Haen, Esquire
Boleman Law Firm, P.C.
Convergence Center III
272 Bendix Road, Suite 330
Virginia Beach, VA 23452

Sameera Navidi, Esquire
Orlans PC
Po Box 2548
Leesburg, VA 20177