IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| IN RE:<br><br>SYNTHIA GIBSON-LEE<br><br>Debtor | Case No. 14-51067-SCS<br>(Chapter: 13) |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR C/O SETERUS, INC.<br><br>Movant<br><br>v.<br><br>SYNTHIA GIBSON-LEE,<br>DOUGLAS M. LEE, Co-Debtor, and<br>R. CLINTON STACKHOUSE JR., Trustee<br><br>Respondents | Ref. Dkt. #63 |

## **PRAECIPE**

Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. hereby requests that the Motion for Relief from Automatic Stay and Co-Debtor Automatic Stay, docket entry number 63, be withdrawn.

              Respectfully submitted,

              __/s/ Sameera Navidi_____
              Kathryn E. Smits, Bar #77337
              Sameera Navidi, Bar #89441
              Attorneys for Movant
              Orlans PC
              PO Box 2548
              Leesburg, VA 20177
              703 777-7101 telephone
              703 940-9119 facsimile

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY that copies of the foregoing Praecipe were mailed by first class mail, postage-paid, and electronically where applicable, this 12 day of September, 2018 to the following parties:

Synthia Gibson-Lee
PO Box 1823
Williamsburg, VA 23187-1823
Debtor

Douglas M. Lee
106 Spinnaker Way
Williamsburg, VA 23185
Co-Debtor

John Russell Bollinger, Esquire
Sarah Ramage Clarson, Esquire
Angela M. Haen, Esquire
Barry W. Spear, Esquire
Boleman Law Firm, P.C.
Convergence Center III
272 Bendix Road, Suite 330
Virginia Beach, VA 23452
Attorneys for the Debtor

R. Clinton Stackhouse, Jr., Trustee
7021 Harbour View Blvd., Suite 101
Suffolk, VA 23435

                      __/s/ Sameera Navidi_____
                      Kathryn E. Smits, Esquire
                      Sameera Navidi, Esquire